**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

|  |  |  |
|---|---|---|
| FIDELIS CYBERSECURITY, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 8:23-cv-02196-DLB |
| PARTNER ONE CAPITAL, INC., *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFFS' AMENDED LOCAL RULE 103.3 STATEMENT**

Corporate Affiliation

The parent company of plaintiff Fidelis Cybersecurity, Inc. is plaintiff Fidelis Acquisitionco, LLC. Fidelis Cybersecurity, Inc.'s wholly owned subsidiaries are Topspin Security Limited, Fidelis Cybersecurity Solutions Limited, Fidelis Cybersecurity GmbH, and CloudPassage, Inc. The wholly owned subsidiary of nonparty Topspin Security Limited is Topspin Security Inc.

The parent company of plaintiff Fidelis Acquisitionco, LLC is Fidelis Midco LLC. The parent company of nonparty Fidelis Midco LLC is Fidelis (SVC) LLC. Fidelis Acquisitionco, LLC's wholly owned subsidiary is plaintiff Fidelis Cybersecurity, Inc.

Financial Interest in the Outcome of the Litigation

The parent companies of plaintiffs, Fidelis Midco LLC and Fidelis (SVC) LLC, may have a financial interest in the outcome of this litigation.

<u>LLC Members for Purposes of Diversity Jurisdiction</u>

Plaintiff Fidelis AcquisitionCo, LLC is a Delaware limited liability company with its principal place of business in Bethesda, Maryland.  Fidelis AcquisitionCo, LLC is wholly owned by Fidelis Midco, LLC, which is a Delaware limited liability company with its principal place of business in Bethesda, Maryland.  Fidelis Midco, LLC is wholly owned by Fidelis (SVC), LLC, which is a Delaware limited liability company with its principal place of business in Bethesda, Maryland.  Fidelis (SVC), LLC is owned by Randall Jamail (an individual domiciled in Texas), Trousdale Sarosphere, LLC (a Delaware limited liability company with its principal place of business in Texas), and Skyview Capital Executive Investments, LLC (a Delaware limited liability company with its principal place of business in California).  Trousdale Sarosphere, LLC is wholly owned by Phillip Sarofim, an individual domiciled in Texas.  Skyview Capital Executive Investments LLC is wholly owned by:

- Ceel Group Investments, LLC, a Delaware limited liability company with its principal place of business in Illinois.  Ceel Group Investments, LLC is owned by Darren Francis Loos, an individual domiciled in Illinois, and Jessica Loos, an individual domiciled in Illinois.

- Mallaig DMCC, a United Arab Emirates company with its principal place of business in the United Arab Emirates.  Mallaig DMCC is owned by Calderhaugh Capital Limited, a Scotland company with its principal place of business in Scotland.  Calderhaugh Capital Limited is owned by James F. Hall, an individual domiciled in Dubai, United Arab Emirates.

- Wee Thompson Family Trust, a California personal trust with trustees Melish Acker Thompson III (an individual domiciled in California) and Louisa H. Wee (an individual domiciled in California) and beneficiaries Melish Acker Thompson III (an individual domiciled in California), Louisa H. Wee (an individual domiciled in California), Harper Wee Thompson (an individual domiciled in California), and Avery Wee Thompson (an individual domiciled in California).

- Socalean, Inc., a California corporation with its principal place of business in California.

- Jared Cohen, an individual domiciled in California.

- Richard Bigelow, an individual domiciled in California.

- Fors Group, LLC, a Texas limited liability company with its principal place of business in Texas.  Fors Group, LLC is owned by Shrikar Kasturi, an individual domiciled in Texas, and Jacqueline Kasturi, an individual domiciled in Texas.

- Darryl Smith, an individual domiciled in Texas.


Dated:  October 2, 2023                          Respectfully submitted,

/s/ *Mary C. Zinsner*
Mary C. Zinsner
TROUTMAN PEPPER
   HAMILTON SANDERS LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 274-1932
E-mail: mary.zinsner@troutman.com

Matthew H. Adler (subject to *pro hac vice*)
TROUTMAN PEPPER
   HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4802
E-mail: matt.adler@troutman.com

*Counsel for Plaintiffs Fidelis Cybersecurity, Inc.*
*and Fidelis Acquisitionco, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 2, 2023, I filed the foregoing using the Court's CM/ECF

system, which electronically served all current counsel of record.


/s/ *Mary C. Zinsner*

Mary C. Zinsner
TROUTMAN PEPPER
  HAMILTON SANDERS LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 274-1932
E-mail: mary.zinsner@troutman.com

*Counsel for Plaintiffs Fidelis Cybersecurity, Inc. and*
*Fidelis Acquisitionco, LLC*