**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| FIDELIS CYBERSECURITY, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | )  C.A. No. 8:23-cv-02196-BAH |
| | ) |
| PARTNER ONE CAPITAL, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs Fidelis Cybersecurity, Inc. and Fidelis

AcquisitionCo, LLC ("Plaintiffs") Motion to Amend Scheduling Order, it is hereby:

ORDERED that the Scheduling Order (Dkt. #89) in this matter is AMENDED as follows:

| Event | Current Deadline | Plaintiffs' Proposed Deadline |
|---|---|---|
| Fact discovery deadline | March 31, 2026 | **June 30, 2026** |
| Deadline to serve requests for admission | April 14, 2026 | **July 14, 2026** |
| Plaintiffs' Rule 26(a)(2) disclosures | May 15, 2026 | **July 14, 2026** |
| Defendants' Rule 26(a)(2) disclosures | June 15, 2026 | **August 17, 2026** |
| Plaintiffs' rebuttal Rule 26(a)(2) disclosures | July 6, 2026 | **September 15, 2026** |
| Rule 26(e)(2) supplementation of disclosures and responses | July 20, 2026 | **September 29, 2026** |
| Close of expert discovery | August 10, 2026 | **October 30, 2026** |
| Submission of status report | August 17, 2026 | **November 2, 2026** |
| Dispositive pretrial motions deadline | September 11, 2026 | **October 2, 2026** |
| Oppositions to dispositive pretrial motions | [*No date previously*] | **October 30, 2026** |

-2-

| Replies in support of dispositive pretrial motions | [*No date previously*] | **November 13, 2026** |

It is so ORDERED.

_____

Hon. Brendan A. Hurson, U.S.D.J.