# EXHIBIT A

**From:** House, Bryan B. <BHouse@foley.com>
**Sent:** Tuesday, March 3, 2026 9:53 AM
**To:** Marko, Mia S. <Mia.Marko@troutman.com>
**Cc:** Wronski, Andy <AWronski@foley.com>; Kerska, Jerry <gkerska@foley.com>; Adler, Matt <Matt.Adler@troutman.com>; Dressler, Erica Hall <Erica.Dressler@troutman.com>; Chuff, Christopher B. <Chris.Chuff@troutman.com>
**Subject:** RE: Fidelis Cybersecurity, Inc., et al. v. Partner One Capital, Inc., et al.

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Mia, Erica, and Chris,

We are very close with respect to a schedule that we think is workable.  We agree we need to begin the process for scheduling depositions, but sending us these dates out of the blue just 3-4 weeks out with no discussion is not the way to accomplish anything.  Our side has some long-planned Spring Break vacations, Easter holiday trips, etc. over the next several weeks.  You don't mention anything about where these depositions might be, which will be complicated with travel issues because, among other things, Mr. Charron and Riuma are in Canada.  We can facilitate depositions of Mr. Moseman and Ms. Welesko in the D.C. area, but we don't have any control of Mohamoud Jibrell, though we will look into his whereabouts and willingness to cooperate.   Also, the discussion about depositions needs to include our depositions of Alex Soltani, Shrikar Kasturi, James Hall, and Darren Loos over the same time.  We assume that you'll be bringing them to the East Coast, which also involves considerable logistics.  Of course, we have told you that we don't want to depose anyone twice, which is why we are pushing to get to the bottom of issues with document preservation and production.  And as we set the fact discovery deadline, we also have to think about various third-party depositions that we will need, including Capstone, Runway, and Volaris, as well as any you pursue.  These will take time as well.  The bottom line is that both sides are anxious to push forward with depositions, but it needs to be done in a way that inconveniences lawyers/witness as little as possible and avoids duplicate effort.

As for the schedule, we've added another column to the right with the dates we can live with.  We've agreed to many of your dates and tweaked a few others.  We look forward to discussing the path forward.

Thank you,

Bryan

**Bryan B. House**
*Partner*

**Foley & Lardner LLP**
777 E Wisconsin Ave, Milwaukee, WI 53202-5306
Phone 414.297.5554 | Cell 703.867.8893
View My Bio | Visit Foley.com | Follow us on LinkedIn | bhouse@foley.com



**FOLEY & LARDNER LLP**

**From:** Marko, Mia S. <Mia.Marko@troutman.com>
**Sent:** Friday, February 27, 2026 12:36 PM
**To:** House, Bryan B. <BHouse@foley.com>
**Cc:** Wronski, Andy <AWronski@foley.com>; Kerska, Jerry <gkerska@foley.com>; Adler, Matt <Matt.Adler@troutman.com>; Dressler, Erica Hall <Erica.Dressler@troutman.com>; Chuff, Christopher B. <Chris.Chuff@troutman.com>
**Subject:** RE: Fidelis Cybersecurity, Inc., et al. v. Partner One Capital, Inc., et al.

*** EXTERNAL EMAIL MESSAGE ***

Bryan,

Following up on our February 19 letter, we write to respond to your proposed, revised schedule. Please see below; we have added our counter-proposal to the last column of your chart. As you will see, we cannot agree to move the dispositive motion deadline out any farther. As a compromise, though, we will agree to move the fact discovery deadline out until June 30, 2026 and we have moved the other dates accordingly. Please let us know if you will accept these dates as soon as possible. Plainly, we need a schedule in place. If we cannot reach agreement by early next week – and we are hopeful that our position today accomplishes that – then we will seek the Court's intervention and assistance.

Additionally, as stated in our February 19 letter, we now have produced everything that you have asked for except for the Diamond Creek documents. We had hoped to make that production to you today, but the documents contain PII (such as Mr. Soltani's SSN) that needs to be redacted. We are anticipating making our production on Monday, barring any other unforeseen circumstances.

Finally, we need to start scheduling depositions. We would like to depose Eric Moseman on March 23, Nick Riuma on March 25, Jennifer Welesko on April 6, Mohamoud Jubrell on April 8, and Daniel Charron on April 13. Please let us know if those dates work for you and the witnesses, and we will send out deposition notices.

| Event | Current Deadline | Defendants' Initial Proposal | Plaintiffs' Counter Proposal Deadline | Defendants' Middle Ground Proposal | Plaintiffs' Counter Proposal | Defendants 3/3 Proposal |
|---|---|---|---|---|---|---|
| Fact discovery deadline | March 31, 2026 | August 31, 2026 | June 12, 2026 | July 31, 2026 | **June 30, 2026** | **July 17, 2026** |
| Deadline to serve requests for admission | April 14, 2026 | September 14, 2026 | June 26, 2026 | August 14, 2026 | **July 14, 2026** | **July 31, 2026** |
| Plaintiffs' Rule 26(a)(2) disclosures | May 15, 2026 | October 15, 2026 | June 26, 2026 | August 14, 2026 | **July 14, 2026** | **July 31, 2026** |
| Defendants' Rule 26(a)(2) disclosures | June 15, 2026 | November 16, 2026 | July 31, 2026 | September 15, 2026 | **August 17, 2026** | **August 31, 2026** |
| Plaintiffs' rebuttal Rule 26(a)(2) disclosures | July 6, 2026 | December 7, 2026 | August 28, 2026 | October 15, 2026 | **September 15, 2026** | **September 15, 2029** |

| Rule 26(e)(2) supplementation of disclosures and responses | July 20, 2026 | December 21, 2026 | September 11, 2026 | October 29, 2026 | **September 29, 2026** | **September 29, 2029** |
|---|---|---|---|---|---|---|
| Close of expert discovery | August 10, 2026 | January 11, 2027 | September 25, 2026 | November 20, 2026 | **October 30, 2026** | **October 20, 2026** |
| Submission of status report | August 17, 2026 | January 18, 2027 | September 25, 2026 | November 24, 2026 | **November 2, 2026** | **November 2, 2026** |
| Dispositive pretrial motions deadline | September 11, 2026 | February 11, 2027 | October 2, 2026 | December 15, 2026 Briefing: Opposition – Jan. 22, 2027 Reply - Feb 5, 2027 | **October 2, 2026** **Briefing: Opposition – October 30, 2026** **Reply – November 13, 2026** | **November 12, 2026** **Opposition December 13, 2026** **Reply Jan. 7, 2027** |

Thank you,

Mia

**Mia S. Marko**
**Associate**
**troutman pepper locke**
Direct: 215.981.4839 | Mobile: 267.228.8193
mia.marko@troutman.com

---

**From:** House, Bryan B. <BHouse@foley.com>
**Sent:** Thursday, February 19, 2026 9:47 AM
**To:** Dressler, Erica Hall <Erica.Dressler@troutman.com>; Kerska, Jerry <gkerska@foley.com>
**Cc:** Marko, Mia S. <Mia.Marko@troutman.com>; Chuff, Christopher B. <Chris.Chuff@troutman.com>; Adler, Matt <Matt.Adler@troutman.com>; Wronski, Andy <AWronski@foley.com>
**Subject:** RE: Fidelis Cybersecurity, Inc., et al. v. Partner One Capital, Inc., et al.

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Erica,

We are determined to work something out that makes sense, but we can't agree to your proposal. There simply isn't enough time to get the discovery done. It is almost March, and we still have significant concerns about Plaintiffs' document production. Odds are that other issues will arise, and, as we've discussed, no one wants to take depositions twice. Further, under your proposal the dispositive motion deadline is only 7 days after expert discovery closes, which would create challenges for summary judgment briefing after what will be some very significant expert depositions. We are willing to move the dispositive motion deadline into December. If we agree in advance on a briefing schedule around the holidays, it should be workable.

We've added another column to the chart for what we think is a workable middle ground.

3

| Event | Current Deadline | Defendants' Initial Proposal | Plaintiffs' Counter Proposal Deadline | Defendants' Middle Ground Proposal |
|---|---|---|---|---|
| Fact discovery deadline | March 31, 2026 | August 31, 2026 | June 12, 2026 | July 31, 2026 |
| Deadline to serve requests for admission | April 14, 2026 | September 14, 2026 | June 26, 2026 | August 14, 2026 |
| Plaintiffs' Rule 26(a)(2) disclosures | May 15, 2026 | October 15, 2026 | June 26, 2026 | August 14, 2026 |
| Defendants' Rule 26(a)(2) disclosures | June 15, 2026 | November 16, 2026 | July 31, 2026 | September 15, 2026 |
| Plaintiffs' rebuttal Rule 26(a)(2) disclosures | July 6, 2026 | December 7, 2026 | August 28, 2026 | October 15, 2026 |
| Rule 26(e)(2) supplementation of disclosures and responses | July 20, 2026 | December 21, 2026 | September 11, 2026 | October 29, 2026 |
| Close of expert discovery | August 10, 2026 | January 11, 2027 | September 25, 2026 | November 20, 2026 |
| Submission of status report | August 17, 2026 | January 18, 2027 | September 25, 2026 | November 24, 2026 |
| Dispositive pretrial motions deadline | September 11, 2026 | February 11, 2027 | October 2, 2026 | December 15, 2026<br><br>Briefing:<br><br>Opposition – Jan. 22, 2027<br><br>Reply - Feb 5, 2027 |

**Bryan B. House**
*Partner*

**Foley & Lardner LLP**
777 E Wisconsin Ave, Milwaukee, WI 53202-5306
Phone 414.297.5554 | Cell 703.867.8893
View My Bio | Visit Foley.com | Follow us on LinkedIn | bhouse@foley.com

4



**FOLEY & LARDNER LLP**

**From:** Dressler, Erica Hall <Erica.Dressler@troutman.com>
**Sent:** Thursday, February 12, 2026 9:36 PM
**To:** House, Bryan B. <BHouse@foley.com>; Kerska, Jerry <gkerska@foley.com>
**Cc:** Marko, Mia S. <Mia.Marko@troutman.com>; Chuff, Christopher B. <Chris.Chuff@troutman.com>; Adler, Matt <Matt.Adler@troutman.com>
**Subject:** RE: Fidelis Cybersecurity, Inc., et al. v. Partner One Capital, Inc., et al.

**\*\*\* EXTERNAL EMAIL MESSAGE \*\*\***

Bryan,

Plaintiffs are willing to agree to an extension of the remaining case deadlines but not one of five months.  Please see our counter proposal to Defendants' proposed deadlines highlighted below.  As you'll see, our counter proposal gives the parties an extra two-and-a-half months to complete fact depositions while shortening some other deadlines to allow the parties to complete summary judgment briefing before the end of 2026.  Please let us know if Defendants will agree to Plaintiffs' proposed schedule.

Thanks,
Erica


**Erica Hall Dressler**
**Partner**
**troutman pepper locke**
Direct: 215.981.4691
erica.dressler@troutman.com
Pronouns: she, her, hers

**From:** House, Bryan B. <BHouse@foley.com>
**Sent:** Wednesday, February 4, 2026 3:05 PM
**To:** Chuff, Christopher B. <Chris.Chuff@troutman.com>; Kerska, Jerry <gkerska@foley.com>
**Cc:** Dressler, Erica Hall <Erica.Dressler@troutman.com>; Marko, Mia S. <Mia.Marko@troutman.com>
**Subject:** RE: Fidelis Cybersecurity, Inc., et al. v. Partner One Capital, Inc., et al.

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Chris,

Thanks for these cases. As discussed, we propose to push all deadlines back 5 months.  As discussed yesterday, we want to resolve any outstanding issues now and then have the summer to complete discovery.  The dispositive motion deadline is also important to us, and we don't want that to land in the middle of the holidays.

|  | Current Deadline | New Deadline | Plaintiffs' Counter Proposal Deadline |  |
|---|---|---|---|---|
| Fact discovery deadline | March 31, 2026 | August 31, 2026 | June 12, 2026 |  |
| Deadline to serve requests for admission | April 14, 2026 | September 14, 2026 | June 26, 2026 |  |
| Plaintiffs' Rule 26(a)(2) disclosures | May 15, 2026 | October 15, 2026 | June 26, 2026 |  |
| Defendants' Rule 26(a)(2) disclosures | June 15, 2026 | November 16, 2026 | July 31, 2026 |  |
| Plaintiffs' rebuttal Rule 26(a)(2) disclosures | July 6, 2026 | December 7, 2026 | August 28, 2026 |  |
| Rule 26(e)(2) supplementation of disclosures and responses | July 20, 2026 | December 21, 2026 | September 11, 2026 |  |
| Close of expert discovery | August 10, 2026 | January 11, 2027 | September 25, 2026 |  |
| Submission of status report | August 17, 2026 | January 18, 2027 | September 25, 2026 |  |
| Dispositive pretrial motions deadline | September 11, 2026 | February 11, 2027 | October 2, 2026 |  |

Just saw your note about post-closing financials.  Yes, I would expect to have our position for you by the end of the week.

Thanks,

Bryan

**Bryan B. House**
*Partner*

**Foley & Lardner LLP**
777 E Wisconsin Ave, Milwaukee, WI 53202-5306
Phone 414.297.5554 | Cell 703.867.8893
View My Bio | Visit Foley.com | Follow us on LinkedIn | bhouse@foley.com



FOLEY & LARDNER LLP

**From:** Chuff, Christopher B. <Chris.Chuff@troutman.com>
**Sent:** Tuesday, February 3, 2026 2:22 PM
**To:** House, Bryan B. <BHouse@foley.com>; Kerska, Jerry <gkerska@foley.com>
**Cc:** Dressler, Erica Hall <Erica.Dressler@troutman.com>; Marko, Mia S. <Mia.Marko@troutman.com>
**Subject:** Fidelis Cybersecurity, Inc., et al. v. Partner One Capital, Inc., et al.

**\*\*\* EXTERNAL EMAIL MESSAGE \*\*\***
Nice speaking earlier. Here are the two cases that I referenced on our call regarding post-closing financial information.  Thanks.

- *In re Best Lock Corp. Shareholder Litig.*, 2000 WL 1876460, at \*5-6 (Del.Ch. 2000).

- *In re John Q. Hammons Hotels Inc. S'holder Litig.*, 2009 WL 891805, at *2 (Del. Ch. 2009).

## Christopher B. Chuff
**Partner**
Direct: 302.777.6547
chris.chuff@troutman.com | bio
_____

**troutman pepper locke**
1313 N. Market Street
Suite 1000
P.O.Box 1709
Wilmington, DE 19801

_____

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com. If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (www.troutman.com/offices/london.html) for regulatory information.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney–client or work–product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney–client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.