# EXHIBIT C

| From: | Louis P. Malick |
|---|---|
| To: | Kelley, Toyja |
| Cc: | Andrew Jay Graham; Dressler, Erica Hall; Marko, Mia S. |
| Subject: | RE: Draft Joint Request for Status Conference |
| Date: | Monday, March 23, 2026 3:00:07 PM |
| Attachments: | image001.png |

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Toyja,

I've updated the chart to show our new proposal at the far right in the column "Defendants' 3/23 Proposal."  This is roughly a 45-day extension from the deadlines in the preceding column, with adjustments here and there.

| Event | Current Deadline | Defendants' Initial Proposal | Plaintiffs' Counter Proposal Deadline | Defendants' Middle Ground Proposal | Plaintiffs' Counter Proposal | Defendants 3/3 Proposal | Defendants' 3/23 Proposal |
|---|---|---|---|---|---|---|---|
| Fact discovery deadline | March 31, 2026 | August 31, 2026 | June 12, 2026 | July 31, 2026 | **June 30, 2026** | **July 17, 2026** | **August 31, 2026** |
| Deadline to serve requests for admission | April 14, 2026 | September 14, 2026 | June 26, 2026 | August 14, 2026 | **July 14, 2026** | **July 31, 2026** | **September 15, 2026** |
| Plaintiffs' Rule 26(a)(2) disclosures | May 15, 2026 | October 15, 2026 | June 26, 2026 | August 14, 2026 | **July 14, 2026** | **July 31, 2026** | **September 15, 2026** |
| Defendants' Rule 26(a)(2) disclosures | June 15, 2026 | November 16, 2026 | July 31, 2026 | September 15, 2026 | **August 17, 2026** | **August 31, 2026** | **October 15, 2026** |
| Plaintiffs' rebuttal Rule 26(a)(2) disclosures | July 6, 2026 | December 7, 2026 | August 28, 2026 | October 15, 2026 | **September 15, 2026** | **September 15, 2029** | **October 30, 2026** |
| Rule 26(e)(2) supplementation of disclosures and responses | July 20, 2026 | December 21, 2026 | September 11, 2026 | October 29, 2026 | **September 29, 2026** | **September 29, 2029** | **November 16, 2026** |
| Close of expert discovery | August 10, 2026 | January 11, 2027 | September 25, 2026 | November 20, 2026 | **October 30, 2026** | **October 20, 2026** | **December 1, 2026** |
| Submission of status report | August 17, 2026 | January 18, 2027 | September 25, 2026 | November 24, 2026 | **November 2, 2026** | **November 2, 2026** | **December 2, 2026** |
| Dispositive pretrial motions deadline | September 11, 2026 | February 11, 2027 | October 2, 2026 | December 15, 2026 Briefing: Opposition – Jan. 22, 2027 Reply - Feb 5, 2027 | **October 2, 2026** **Briefing: Opposition – October 30, 2026** **Reply – November 13, 2026** | **November 12, 2026** **Opposition December 13, 2026** **Reply Jan. 7, 2027** | **January 8, 2027** **Opposition February 8, 2027** **Reply February 23, 2027** |

**Louis P. Malick**

410.347.7419 D
lmalick@kg-law.com  |  vCard



KRAMON
&
GRAHAM
ATTORNEYS AT LAW

Kramon & Graham, P.A. | 750 East Pratt Street | Suite 1100 | Baltimore, Maryland 21202
410.752.6030 O | 410.539.1269 F | www.kramonandgraham.com

**From:** Kelley, Toyja <Toyja.Kelley@troutman.com>
**Sent:** Monday, March 23, 2026 11:13 AM
**To:** Louis P. Malick <lmalick@kg-law.com>
**Cc:** Andrew Jay Graham <agraham@kg-law.com>; Dressler, Erica Hall <Erica.Dressler@troutman.com>; Marko, Mia S. <Mia.Marko@troutman.com>

**Subject:** Re: Draft Joint Request for Status Conference

Good morning, Louis.

Sorry for my delayed response this morning. I had intended to reach out first thing, but I got tied up on a couple of other matters. In the interest of time and in order for us to be clear of what you are proposing, would you please respond with the specific extension you are requesting for all remaining schedule deadlines. Your co-counsel at Foley should have a table listing the deadlines with the proposed dates and maybe you can use that the communicate the specific deadlines. Given the approaching deadline, it is our view that time is of the essence to reach an agreement on the schedule or we will have to raise this issue via motion this afternoon and request a status conference this week. Thank you.

- Toyja
**Toyja Kelley Sr.***
**Partner**
**troutman pepper locke**
Direct: 202.220.6939 | Mobile: 301.524.1665
toyja.kelley@troutman.com
View My **BIO** I Connect on **LinkedIn**
Former President of **DRI | Lawyers Representing Business** and **The Center for Law and Public Policy**

---

**From:** Louis P. Malick <lmalick@kg-law.com>
**Sent:** Friday, March 20, 2026 5:22 PM
**To:** Kelley, Toyja <Toyja.Kelley@troutman.com>
**Cc:** Andrew Jay Graham <agraham@kg-law.com>; Dressler, Erica Hall <Erica.Dressler@troutman.com>; Marko, Mia S. <Mia.Marko@troutman.com>
**Subject:** RE: Draft Joint Request for Status Conference

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Toyja,

I just tried to call you.  In the interest of reaching an agreement and not taking up the judge's time with this issue, what if we agreed to a proposed extension of 45 days beyond Defendants' March 3 proposal (i.e., extending the fact discovery deadline from July 17 to August 31), instead of the 60 days we were discussing?  We think that would be a fair compromise for a joint proposed extension.

**Louis P. Malick**

410.347.7419 D
lmalick@kg-law.com  |  vCard



Kramon & Graham, P.A. | 750 East Pratt Street | Suite 1100 | Baltimore, Maryland 21202
410.752.6030 O | 410.539.1269 F | www.kramonandgraham.com

---

**From:** Kelley, Toyja <Toyja.Kelley@troutman.com>
**Sent:** Friday, March 20, 2026 5:08 PM
**To:** Louis P. Malick <lmalick@kg-law.com>
**Cc:** Andrew Jay Graham <agraham@kg-law.com>; Dressler, Erica Hall <Erica.Dressler@troutman.com>; Marko, Mia S. <Mia.Marko@troutman.com>
**Subject:** Re: Draft Joint Request for Status Conference

Gentlemen,

I hate to be a pest but just need to see what direction we are going. I have folks in the office waiting on my end. Let me know if we can make the joint request. Thank you.

Get Outlook for iOS

---

**From:** Kelley, Toyja
**Sent:** Friday, March 20, 2026 4:30:08 PM
**To:** Louis P. Malick <lmalick@kg-law.com>
**Cc:** Andrew Jay Graham <agraham@kg-law.com>; Dressler, Erica Hall <Erica.Dressler@troutman.com>; Marko, Mia S. <Mia.Marko@troutman.com>
**Subject:** Draft Joint Request for Status Conference

Louis,

In the interest of time, I quickly pulled together a joint request for status conference. If you are willing to make the joint request, please make any suggested edits to the letter. We would like to get this on file this evening. Thanks.

- Toyja

**Toyja Kelley Sr.\***
**Partner**
**troutman pepper locke**
Direct: 202.220.6939 | Mobile: 301.524.1665
toyja.kelley@troutman.com
View My **BIO** I Connect on **LinkedIn**
Former President of **DRI | Lawyers Representing Business** and **The Center for Law and Public Policy**

---

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (//www.troutman.com/offices/london.html) for regulatory information.

This communication is from a law firm and may contain confidential or privileged information. If you believe that the email was not intended for you, please reply to the sender or call 410-752-6030.

This communication is from a law firm and may contain confidential or privileged information. If you believe that the email was not intended for you, please reply to the sender or call 410-752-6030.