**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
**BRENDAN A. HURSON**
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
**BALTIMORE, MARYLAND 21201**
**(410) 962-0782**
MDD_BAHChambers@mdd.uscourts.gov

March 25, 2026

LETTER TO ALL COUNSEL OF RECORD

Re:    *Fidelis Cybersecurity, Inc. v. Partner One Capital, Inc., et al.*
       Civil No. 23-2196-BAH

Dear Counsel:

I have received the letters filed by counsel requesting a teleconference, ECFs 98 and 99, and Plaintiff's motion to amend the scheduling order, ECF 97.

I am unable to hold a teleconference before the close of fact discovery on March 31, 2026. *See* ECF 89 (scheduling order). Given that it appears all parties agree that some sort of extension is warranted, I will extend the fact discovery deadline until I am able to hold a teleconference in April and set a new deadline. My staff will contact counsel via email to set up the teleconference. I note that extending deadlines is typically something that parties are able to resolve on their own and I will ordinarily approve reasonable extensions if agreed to by the parties. If you are able to come to an agreement in the interim just submit a proposed schedule change, and I will likely approve it. If not, I will hold a teleconference in April.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/

Brendan A. Hurson
United States District Judge